478

CARL M. McINTIRE, A MINOR, BY L. L. McINTIRE, HIS NEXT FRIEND, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed March 13, 1935.*
*Rehearing granted May 14, 1935.*

CARL M. McINTIRE, a minor by L. L. McINTIRE, his next friend, pro se.

OTTO KERNER, Attorney General; JOHN KASSERMAN, Assistant Attorney General, for respondent.

MR. JUSTICE YANTIS delivered the opinion of the court:

Carl M. McIntire filed his claim as a minor by his next friend, L. L. McIntire. Claimant was a member of the Howitzer Co. 130th Inf. of the I. N. G. on the 26th day of July, 1933 and was in the military bus-fire accident of that date. Claimant testified before the Military Board that was called in said matter on July 26, 1933, and at that time stated that his hair was only singed on the back of his head and that he had a contusion of the left shoulder and a sprain of the left hand, caused by his fall in escaping from the burning bus. Further evidence found in the record discloses that immediately prior to the time of the accident he was employed as a lifeguard at the City Swimming Pool in Mt. Vernon, Illinois at wages of $3.00 per day; that he was unable to work on account of the injuries received in said accident for a period of twenty-five days. The military board directed him to the care of Dr. C. O. Hamilton of Mt. Vernon and the claim filed herein shows that medical bills amounting to Eleven Dollars ($11.00) have been paid or assumed by the State. (See *Case* vs. *State*—C. of C. No. 2469.) Claimant was apparently unmarried, and according to the record an allowance estimated under the rules of the Compensation Act on a basis of $3.00 per day, seven days per week for 3 4/7 weeks, or Forty-one and 07/100 Dollars ($41.07) would be a proper award. In view of the fact that the claim shows that actual wages were lost for a period of twenty-five days

at Eighteen Dollars ($18.00) per week, an award in reimbursement thereof in the sum of Sixty-seven and 50/100 Dollars ($67.50) is allowed, under authority of the Military and Naval Code.

OPINION ON REHEARING.

MR. JUSTICE YANTIS delivered the opinion of the court:

This matter again coming before the court upon the application of claimant by E. G. Johnston, Capt. of the Mt. Vernon Howitzer Co., 130th Ill. Inf. for the allowance of a further award in the sum of One Hundred Dollars ($100.00) for a facial scar resulting to claimant from the injury suffered in said accident, and it appearing to the court from a re-examination of the evidence that such additional award is in conformity with the evidence herein, same is allowed and the order heretofore entered in this cause recommending an award of Sixty-seven and 50/100 Dollars ($67.50) to Carl McIntire is reconsidered and a total award is hereby made in his favor in the sum of One Hundred Sixty-seven and 50/100 Dollars ($167.50).